711 A.2d 469

**Vernon HALL, Petitioner,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.**

Supreme Court of Pennsylvania.

June 4, 1998.

## *ORDER*

PER CURIAM:

AND NOW, this **4th** of **June, 1998,** the matter is dismissed for failure to proceed.